FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALDINE MICHELLE NEWELL,<br><br>Defendant. | No. 2:18-CR-00221-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 23)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 23**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to the District of Montana to care for her grandchildren while her son is out of town.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 23**, is **GRANTED**. Defendant is permitted to travel to the District of Montana departing April 29, 2019 and returning May 13, 2019. Prior to departure Defendant shall provide Pretrial Services with the address where she will reside and a phone number where she can be contacted at any time.

//

//

//

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 24, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE