PS 42
(Rev 07/93)

United States District Court

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2019

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Geraldine Michelle Newell )
)  Case No. 2:18CR00221-WFN-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Geraldine Michelle Newell, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall remain in the Eastern District of Washington unless given permission by the U.S. Probation/Pretrial Services Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/13/19    _____  10/11/2019
Signature of Defendant       Date       Pretrial Services/Probation Officer   Date

Geraldine Michelle Newell               Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              10·14·19
Signature of Defense Counsel              Date

Roger Peven

[X] The above modification of conditions of release is ordered, to be effective on  October 18, 2019.

[ ] The above modification of conditions of release is **not** ordered.

_____              October 18, 2019
Signature of Judicial Officer             Date

John T. Rodgers